# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO, | Case No. 1:17-cv-00243-LJO-SAB |
| Plaintiff, | ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |
| v. | MAY 15, 2017 DEADLINE |
| CEC ENTERTAINMENT, INC. et al., | |
| Defendants. | |

On April 14, 2017, Plaintiff filed a notice of settlement informing the Court that Plaintiff has reached a settlement with Defendant CEC Entertainment only.

Accordingly, it is HEREBY ORDERED that Plaintiff shall file dispositional documents as to Defendant CEC Entertainment, Inc. on or before May 15, 2017.

IT IS SO ORDERED.

Dated: __April 18, 2017__

_____
UNITED STATES MAGISTRATE JUDGE

1