Zachary M. Best, SBN 166035
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@mission.legal

Attorneys for Plaintiff
Jose Trujillo

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO, | No. 1:17-cv-00243-LJO-SAB |
| Plaintiff, | **STIPULATION FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE; ORDER** |
| vs. | |
| CEC ENTERTAINMENT, INC., dba CHUCK E. CHEESE, et al., | |
| Defendants. | |

WHEREAS, a Mandatory Scheduling Conference in this action is currently set for May 9, 2017, pursuant to the Court's Order Setting Mandatory Scheduling Conference dated February 17, 2017 (Dkt. 3), and are required to file a joint scheduling report one week prior to the conference, or by May 2, 2017;

WHEREAS, Plaintiff, Jose Trujillo ("Plaintiff"), has notified the Court that he has reached a settlement with Defendant CEC Entertainment, Inc. dba Chuck E Cheese ("CEC"), only (Dkt. 6);

WHEREAS, Plaintiff is unable to dismiss CEC until CEC performs predicate acts required pursuant to the settlement between Plaintiff and CEC, which acts are expected to be performed by on or about May 2, 2017;

WHEREAS, Plaintiff effected service on the remaining defendant, DPI Group, LLC ("DPI"), on April 17, 2017, as set forth on the proof of service filed with the Court (Dkt. 8);

Page 1

WHEREAS, DPI has not yet appeared in the action, and Plaintiff has not yet had an opportunity to meet and confer with DPI or its counsel, nor have the parties been able to prepare a joint scheduling report for this reason;

NOW, THEREFORE, Plaintiff and CEC, the parties who have appeared in this action, stipulate to a continuance of the Mandatory Scheduling Conference currently set for May 9, 2017 to a date at the Court's convenience on or after May 26, 2017.

Dated: April 26, 2017        MISSION LAW FIRM, A.P.C.

*/s/ Zachary M. Best*
Zachary M. Best
Attorneys for Plaintiff,
Jose Trujillo


Date: April 26, 2017         LOVE & ASSOCIATES

*/s/ Martin Love*
Martin Love
Attorneys for Defendant,
CEC Entertainment, Inc. dba
Chuck E Cheese

## ORDER

The parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that the Mandatory Scheduling Conference currently set for May 9, 2017 is continued to June 13, 2017 at 4:00 p.m. before Magistrate Judge Stanley A. Boone. The parties are to file their Joint Scheduling Report no later than seven days prior to the conference.

IT IS SO ORDERED.

Dated: __May 2, 2017__

UNITED STATES MAGISTRATE JUDGE