# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>        Plaintiff,<br><br>    v.<br><br>CEC ENTERTAINMENT, INC., et al.,<br><br>        Defendants. | Case No. 1:17-cv-00243-LJO-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO TERMINATE DEFENDANT CEC ENTERTAINMENT, INC. AS PARTY IN THIS ACTION PURSUANT TO FED. R. CIV. P. 41(a)<br><br>(ECF No. 12) |

On May 15, 2017, plaintiff filed a notice of voluntary dismissal of Defendant CEC Entertainment Inc.. Rule 41(a) of the Federal Rules of Civil Procedure allows a party to dismiss some or all of the defendants or claims in an action through a Rule 41(a) notice. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). In light of the notice of voluntary dismissal, Defendant CEC Entertainment, Inc. shall be terminated in this action. This action proceeds against Defendant DPI Group, LLC.

IT IS SO ORDERED.

Dated:  **May 16, 2017**

UNITED STATES MAGISTRATE JUDGE

1