Zachary M. Best, SBN 166035
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
Email: service@mission.legal

Attorneys for Plaintiff,
Jose Trujillo

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>Plaintiff,<br><br>vs.<br><br>CEC ENTERTAINMENT, INC., dba CHUCK E. CHEESE, et al.,<br><br>Defendants. | No. 1:17-cv-00243-LJO-SAB<br><br>**STIPULATION FOR FURTHER EXTENSION OF TIME FOR DEFENDANT'S RESPONSIVE PLEADING AND FOR FURTHER CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE; ORDER** |

**WHEREAS,** Plaintiff Jose Trujillo ("Plaintiff"), and Defendant, DPI Group, LLC ("Defendant," and together with Plaintiff, "the Parties"), previously entered into a stipulation granting Defendant to and including June 5, 2017 to file responsive pleadings in this matter (Dkt. 11);

**WHEREAS,** Plaintiff and Defendant, CEC Entertainment, Inc. ("CEC"), previously stipulated to continue the Mandatory Scheduling Conference, which is now set for June 13, 2017 (Dkt. 10);

**WHEREAS,** CEC was dismissed from the matter on May 16, 2017 (Dkt. 13);

**WHEREAS,** the remaining Parties are engaged in settlement negotiations and are hopeful that a settlement can be reached informally, and desire to conserve attorney's fees

which would be incurred in filing the responsive pleading while they exhaust settlement efforts, and to conserve Court resources;

**NOW, THEREFORE,** the Parties, by and through their respective counsel, stipulate to a continuance of the Mandatory Scheduling Conference currently set for June 13, 2017 to a date at the Court's convenience on or after July 13, 2017. The Parties additionally stipulate to a further extension of time for Defendant's responsive pleadings, such that the responsive pleading shall be filed on or before June 26, 2017.

Dated: June 6, 2017                                   MISSION LAW FIRM, A.P.C.

                                                      */s/ Zachary M. Best*
                                                      Zachary M. Best
                                                      Attorneys for Plaintiff,
                                                      Jose Trujillo


Dated: June 6, 2017                                   */s/ Alex Aretakis*
                                                      Alex Aretakis
                                                      Attorney for Defendant,
                                                      DPI Group, LLC

**ORDER**

The parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that the time within which Defendant, DPI Group, LLC, must file its responsive pleading is extended to and including June 26, 2017. The Mandatory Scheduling Conference currently set for June 13, 2017 is continued to July 27, 2017, at 2:30 p.m. in Courtroom 9, before Magistrate Judge Stanley A. Boone. The parties are to file their Joint Scheduling Report no later than seven days prior to the conference.

IT IS SO ORDERED.

Dated: **June 7, 2017**

UNITED STATES MAGISTRATE JUDGE