# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO, | Case No.  1:17-cv-00243-LJO-SAB |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS |
| v. | AUGUST 21, 2017 DEADLINE |
| CEC ENTERTAINMENT, INC., et al., | |
| Defendants. | |

On July 20, 2017, Plaintiff filed a notice of settlement informing the Court that the parties have reached settlement resolving this action.

Accordingly, it is HEREBY ORDERED that:

1.     All pending matters and dates are VACATED; and

2.     Plaintiff shall file dispositional documents on or before August 21, 2017.

IT IS SO ORDERED.

Dated:   **July 21, 2017**

UNITED STATES MAGISTRATE JUDGE

1