# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>    Plaintiff,<br><br>    v.<br><br>CEC ENTERTAINMENT, INC., et al.,<br><br>    Defendants. | Case No. 1:17-cv-00243-LJO-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>(ECF No. 19) |

On May 16, 2017, the Court directed the Clerk of the Court to terminate Defendant CEC Entertainment, Inc. pursuant to a notice of voluntary dismissal. (ECF No. 13.) On August 17, 2017, a stipulation was filed by the remaining parties to this action dismissing this action with prejudice with each party to bear its own costs and fees. (ECF No. 19.) In light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed without an award of costs or attorneys' fees.

Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:  **August 18, 2017**

UNITED STATES MAGISTRATE JUDGE

1